EXHIBIT C to DIP Motion

DIP Budget

## XS Ranch DIP Budget

$ in actuals

| Forecasted Week # | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Week Ending | 1/13/20 | 1/20/20 | 1/27/20 | 2/3/20 | 2/10/20 | 2/17/20 | 2/24/20 | 3/2/20 | 3/9/20 | 3/16/20 | 3/23/20 | 3/30/20 | 4/6/20 | |
| **Disbursements** | | | | | | | | | | | | | | |
| Property Manager | $2,500 | -- | -- | -- | $2,500 | -- | -- | -- | $2,500 | -- | -- | -- | $2,500 | $10,000 |
| Utilities, Mowing & Repair | 2,200 | -- | -- | -- | 2,200 | -- | -- | -- | 2,200 | -- | -- | -- | 2,200 | 8,800 |
| Property Taxes | -- | 50,000 | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | 50,000 |
| Insurance | 1,600 | -- | -- | -- | 1,600 | -- | -- | -- | 1,600 | -- | -- | -- | 1,600 | 6,400 |
| Steiner | -- | -- | -- | -- | -- | -- | -- | -- | 258,750 | -- | -- | -- | -- | 258,750 |
| Potomac | -- | -- | -- | -- | 100,000 | -- | -- | -- | 100,000 | -- | -- | -- | 100,000 | 300,000 |
| Teneo | -- | -- | -- | -- | 100,000 | -- | -- | -- | 100,000 | -- | -- | -- | 100,000 | 300,000 |
| Eric Terry Law | -- | -- | -- | -- | 50,000 | -- | -- | -- | 50,000 | -- | -- | -- | 50,000 | 150,000 |
| Real estate consultants | -- | -- | -- | -- | 20,000 | -- | -- | -- | 20,000 | -- | -- | -- | 20,000 | 60,000 |
| Miscellaneous | -- | -- | -- | -- | 25,000 | -- | -- | -- | 25,000 | -- | -- | -- | 25,000 | 75,000 |
| UST | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | 16,678 | 16,678 |
| Committee Professionals | -- | -- | -- | -- | 15,000 | -- | -- | 15,000 | -- | -- | -- | -- | 15,000 | 45,000 |
| CrestLine | -- | -- | -- | 257,230 | -- | -- | -- | 242,914 | -- | -- | -- | -- | 261,968 | 762,112 |
| DIP Legal | 30,000 | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | 30,000 |
| DIP Commitment Fee | 180,000 | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | 180,000 |
| Postage | -- | -- | -- | 5,000 | -- | -- | -- | 5,000 | -- | -- | -- | -- | 5,000 | 15,000 |
| **Total Disbursements** | $216,300 | $50,000 | -- | $262,230 | $316,300 | -- | -- | $247,914 | $575,050 | -- | -- | -- | $599,946 | $2,267,740 |
| **Net Cash Flow** | ($216,300) | ($50,000) | -- | ($262,230) | ($316,300) | -- | -- | ($247,914) | ($575,050) | -- | -- | -- | ($599,946) | |
| Beginning Cash Balance | $5,187 | 538,887 | 488,887 | 488,887 | 226,657 | 410,357 | 410,357 | 410,357 | 162,443 | 87,393 | 87,393 | 87,393 | 87,393 | |
| Net Cash Flow | (216,300) | (50,000) | -- | (262,230) | (316,300) | -- | -- | (247,914) | (575,050) | -- | -- | -- | (599,946) | |
| DIP Draw | 750,000 | -- | -- | -- | 500,000 | -- | -- | -- | 500,000 | -- | -- | -- | 1,000,000 | |
| **Ending Cash Balance** | 538,887 | 488,887 | 488,887 | 226,657 | 410,357 | 410,357 | 410,357 | 162,443 | 87,393 | 87,393 | 87,393 | 87,393 | 487,447 | |
| Beginning DIP Amount | -- | 753,750 | 753,750 | 753,750 | 753,750 | 1,256,250 | 1,256,250 | 1,256,250 | 1,256,250 | 1,758,750 | 1,758,750 | 1,758,750 | 1,758,750 | |
| DIP Draw | 750,000 | -- | -- | -- | 500,000 | -- | -- | -- | 500,000 | -- | -- | -- | 1,000,000 | |
| DIP Funding Fee | 3,750 | -- | -- | -- | 2,500 | -- | -- | -- | 2,500 | -- | -- | -- | 5,000 | |
| **Ending DIP Amount** | 753,750 | 753,750 | 753,750 | 753,750 | 1,256,250 | 1,256,250 | 1,256,250 | 1,256,250 | 1,758,750 | 1,758,750 | 1,758,750 | 1,758,750 | 2,763,750 | |
| **Availability** | $5,246,250 | $5,246,250 | $5,246,250 | $5,246,250 | $4,743,750 | $4,743,750 | $4,743,750 | $4,743,750 | $4,241,250 | $4,241,250 | $4,241,250 | $4,241,250 | $3,236,250 | |

| Receipts | | | | | | | | | | | | | | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Water Rights[1] | -- | -- | $200,000 | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | $200,000 |
| **Total Receipts** | -- | -- | $200,000 | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | $200,000 |

1. As set forth in DIP Motion, the January Water Payment will be segregated pending further investigation and discussion with parties in interest.