UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

IN RE:

XS RANCH FUND VI, L.P.,

Case No: 20-10032-HCM

Chapter 11

## MOTION FOR ADMISSION PRO HAC VICE

TO THE HONORABLE JUDGE OF SAID COURT:

Comes now __Todd J. Dressel__ ("Applicant") moves this court to grant admission to the United States Bankruptcy Court for the Western District of Texas *pro hac vice* to represent __Crestline Direct Finance, L.P.__ in this case, and would respectfully show the Court as follows:

1. Applicant is an attorney and a member of the law firm (or practices under the name of)

   __McGuireWoods LLP__,

   with offices at

   Mailing address: __Two Embarcadero Center, Suite 1300__

   City, State, Zip: __San Francisco, California, 94111__

   Telephone: __415-844-9944__  Fax: __415-844-9922__

   Email Address: __tdressel@mcguirewoods.com__

2. Since __November 25, 2002__, Applicant has been and presently is a member of and in good standing with the Bar of the State of __California__. Applicant's bar license number is __220812__.

3. Applicant has been admitted to practice before the following state and federal courts:

| Court: | Admission date: |
|---|---|
| Nevada State Court | 10/14/1996 |
| USDC - CA Northern District | 10/25/2005 |
| USDC - CA Central District | 09/02/2009 |
| USDC - CA Eastern District | 01/14/2011 |

4. Applicant is presently a member in good standing of the bars of the courts listed above, and is not currently suspended or disbarred in any other court, except as provided below (list any court named in the preceding paragraph before which Applicant is no longer admitted to practice):

_____

_____

5. Applicant has never been subject to grievance proceedings or involuntary removal proceedings while a member of the bar of any state or federal court, except as provided below:

_____

_____

6. Applicant is eligible to practice in the Bankruptcy Court.

7. Applicant has read and is familiar with the Local Rules of the Western District of Texas Bankruptcy Court and is also subject to all rules of practice of the U.S. District Court of the Western District of Texas and will comply with the standards of practice set out therein.

8. (●) Applicant has not requested admission pro hac vice in the Bankruptcy Court for the Western District of Texas in the preceding twelve months.

or

◯ Applicant has filed the motions for admission pro hac vice in the preceding twelve months.

| Case Name/Number | Date Filed | Disposition of Motion |
|---|---|---|
| | | |
| | | |
| | | |

Wherefore, Applicant prays that this Court enter an order permitting the admission of _____Todd J. Dressel_____ to the U.S. Bankruptcy Court Western District of Texas *pro hac vice* for this case only.

Respectfully submitted,

[Signature of Applicant]

Todd J. Dressel
[Printed name of Applicant]

Two Embarcadero Center, Suite 1300, San
[Address of Applicant]

415-844-9944
[Telephone of Applicant]

tdressel@mcguirewoods.com
[Email address of Applicant]

## CERTIFICATE OF SERVICE

I hereby certify that I have served a true and correct copy of this motion upon each attorney of record (as listed below) via ECF notification and the original upon the Clerk of the Court on this 8th day of January, 2020.

| | |
|---|---|
| Eric Terry | Omar J. Alaniz |
| Eric Terry Law, PLLC | Baker Botts L.L.P. |
| 3511 Broadway | 2001 Ross Avenue, Suite 900 |
| San Antonio, TX 78209 | Dallas, TX 75201-2980 |
| eric@ericterrylaw.com | omar.alaniz@bakerbotts.com |
| | |
| *Counsel for the Debtor* | *Counsel for James Foster* |

/s/ Katherine T. Hopkins
Katherine T. Hopkins

Kelly Hart & Hallman LLP
201 Main Street, Suite 2500
Fort Worth, TX 76102
Telephone: (817) 878-9377
Facsimile: (817) 878-9280
katherine.hopkins@kellyhart.com

### ###

2948145_1