IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| IN RE: | § § | CASE NO. 20-10032-HCM |
| XS RANCH FUND VI, L.P., | § | |
| Debtor | § § | Chapter 11 |

**NOTICE OF FILING OF JOINT MOTION TO TRANSFER VENUE PURSUANT TO FED. R. BANKR. P. 1014(b); MEMORANDUM OF POINTS AND AUTHORITIES THEREON AND REQUEST FOR EXPEDITED CONSIDERATION**

PLEASE TAKE NOTICE THAT on January 15, 2020, XS Ranch Fund VI, L.P., Crestline Direct Finance L.P., and Steiner & Sons, Ltd. (the "Movants") filed their *Joint Motion to Transfer Venue Pursuant to Fed. R. Bankr. P. 1014(b); Memorandum of Points and Authorities Thereon* [Docket No. 608] (the "Motion") in *In re XS Ranch Fund VI, L.P.*, Case No. 16-31367, pending in the United States Bankruptcy Court for the Northern District of California.

PLEASE TAKE FURTHER NOTICE THAT on the same day, the Movants also filed their *Ex Parte Request for Expedited Consideration of Joint Motion to Transfer Venue Pursuant to Fed. R. Bankr. P. 1014(b)* [Docket No. 609, Case No. 16-31367]. As indicated in the attached Order, the California bankruptcy court has set a hearing on the Motion for **January 22, 2020** at **2:00 p.m. (Pacific Time)**. Following the hearing on the Motion, Crestline Direct Finance, L.P. will notify this Court of the related ruling.

Respectfully Submitted By,

*/s/ Todd J. Dressel*
Todd J. Dressel, Esq. (Cal. Bar No. 220812)
MCGUIREWOODS LLP
Two Embarcadero Center, Suite 1300
San Francisco, CA 84111
Telephone: (415) 844-1965
Facsimile: (415) 844-1934
tdressel@mcguirewoods.com
*(admitted pro hac vice)*

Michael A. McConnell
Texas Bar I.D. 13447300
Katherine T. Hopkins
Texas Bar I.D. 24070737
KELLY HART & HALLMAN LLP
201 Main Street, Suite 2500
Fort Worth, TX 76102
Telephone: (817) 332-2500
Facsimile: (817) 878-9777
michael.mcconnell@kellyhart.com
katherine.hopkins@kellyhart.com

*Attorneys for Crestline Direct Finance, L.P.*

## CERTIFICATE OF SERVICE

      I hereby certify that, on January 16, 2020, I caused a true and correct copy of the foregoing Notice and attached Order to be served on all persons/entities receiving notification via ECF notification and upon the parties listed below and in the attached service list via U.S. First Class Mail.

                                      */s/ Katherine T. Hopkins*
                                      Katherine T. Hopkins

| | |
|---|---|
| XS Ranch Fund VI, L.P.<br>818 Sayers Road<br>Bastrop, TX 78602<br>*Debtor* | U.S. Trustee<br>903 San Jacinto Blvd., Suite 230<br>Austin, TX 78701<br>*U.S. Trustee* |
| Eric Terry<br>Eric Terry Law, PLLC<br>3511 Broadway<br>San Antonio, TX 78209<br>*Counsel for the Debtor* | Pamela M. Egan<br>Potomac Law Group, PLLC<br>1907 7th Avenue W<br>Seattle, WA 98119<br>*Counsel for the Debtor* |
| Omar J. Alaniz<br>Baker Botts L.L.P.<br>2001 Ross Avenue, Suite 900<br>Dallas, TX 75201-2980<br>*Counsel for James Foster* | |
| Eric J. Taube<br>Waller Lansden Dortch & Davis, LLP<br>100 Congress Avenue, Suite 1800<br>Austin, TX 78701<br>*Counsel for Steiner & Sons, Ltd.* | |

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0542-1<br>Case 20-10032-hcm<br>Western District of Texas<br>Austin<br>Thu Jan  9 21:34:18 CST 2020 | XS Ranch Fund VI, L.P.<br>818 Sayers Road<br>Bastrop, TX 78602-3652 | U.S. BANKRUPTCY COURT<br>903 SAN JACINTO, SUITE 322<br>AUSTIN, TX 78701-2450 |
| Aqua Water Service Company<br>PO Drawer P<br>Bastrop, TX 78602-1989 | Aventine Development Services<br>Attn: Chad Hagle<br>19360 Rinaldi St., Ste. 730<br>Porter Ranch, CA 91326-1607 | Bastrop County Tax Assessor/Collector<br>PO Box 579<br>Bastrop, TX 78602-0579 |
| Bastrop County Tax Assessor/Collector<br>c/o Lee Gordon<br>PO Box 1269<br>Round Rock, TX 78680-1269 | Bluebonnet Electric Cooperative<br>690 Texas Hwy 71 W, Bldg. 1<br>Bastrop, TX 78602-3663 | City of Bastrop<br>Attn: City Manager<br>904 Main St.<br>PO Box 427<br>Bastrop, TX 78602-0427 |
| Clayton Williams Ranch Co.<br>Attn: Jeff Williams<br>PO Box 1668<br>Fort Stockton, TX 79735-1668 | Coast Range Investments, LLC<br>Attn: James Foster<br>818 Sayers Rd.<br>Bastrop, TX 78602-3652 | Coy Sunderman<br>139 Colovista Dr.<br>Bastrop, TX 78602-7400 |
| Crestline Direct Finance, L.P.<br>c/o Crestline Investors, Inc.<br>Attn: James Cochran<br>201 Main St., Ste. 1900<br>Fort Worth, TX 76102-3135 | Crestline Direct Finance, L.P.<br>c/o Todd J. Dressel<br>MCGUIREWOODS LLP<br>Two Embarcadero Center, Suite 1300<br>San Francisco, CA 94111-3821 | DF Capital Management<br>Attn: Rob Riva<br>14701 Phillips Hwy., Ste 300<br>Jacksonville, FL 32256-3742 |
| Federal Emergemecy Management Agency<br>FRC 800 North Loop 288<br>Denton, TX 76209-3698 | Force Ten Partners, LLC<br>Attn: Michael VenderLey<br>20342 SW Birch, Ste. 220<br>Newport Beach, CA 92660 | FoxTrot LLC<br>c/o Tullius Law Group<br>515 S. Flower St., 18th Fl.<br>Los Angeles, CA 90071-2201 |
| Internal Revenue Service<br>Centralized Insolvency Operations<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 | Jackson Walker LLP<br>Attn: James Alsup<br>100 Congress Ave., Ste. 1100<br>Austin, TX 78701-4042 | John Landwehr<br>219 Main St.<br>Smithville, TX 78957-1839 |
| Katherine T. Hopkins<br>Kelly Hart & Hallman LLP<br>201 Main Street<br>Suite 2500<br>Fort Worth, TX 76102-3194 | Kelly Thevenot<br>326 McDonald Rd.<br>Cedar Creek, TX 78612-4001 | LIA Engineering, Inc.<br>7500 Rialto Rd., Bldg. 2<br>Ste. 100<br>Austin, TX 78735-8531 |
| Lower Colorado River Authority<br>Attn: Executive Manager, Water Services<br>PO Box 200<br>Austin, TX 78767 | Melting Point Solutions<br>c/o Keller & Benvenutti<br>Attn: Tobias Keller<br>650 California Ave., #1900<br>San Francisco, CA 94108-2736 | Omar Jesus Alaniz<br>Baker Botts L.L.P.<br>2001 Ross Avenue<br>Suite 900<br>Dallas, TX 75201-2917 |
| PV Development Management<br>Attn: Mark Kehke & Jason Perrin<br>4343 Von Karman Ave., 3rd Fl.<br>Newport Beach, CA 92660-2099 | Pine Associates, LLC<br>4455E. Camelback Rd., Ste. C-140<br>Phoenix, AZ 85018-2821 | RMD & Co., Inc.<br>408 Baylor St.<br>Austin, TX 78703-5312 |

| Ranch Wireless Internet<br>3547 N Hwy 123 Bypass<br>Seguin, TX 78155-7328 | Rimon P.C.<br>Attn: Ben Douglas<br>One Embercadero Ctr., Ste. 400<br>San Francisco, CA 94111-3619 | Ron Freeman Esq.<br>Law Offices of Ronald J. Freeman<br>102 N. Railroad Ave.<br>Pflugerville, TX 78660-2767 |
|---|---|---|
| Squar Milner<br>Attn: Katherine Gough<br>1150 Santa Monica Blvd., Ste. 600<br>Los Angeles, CA 90025 | Steiner & Sons<br>c/o Waller Lansden Dortch & Davis, LLP<br>Attn: Eric Taube<br>100 Congress Ave., Ste. 1800<br>Austin, TX 78701-4042 | Steiner & Sons, Ltd.<br>c/o Eric J. Taube, Mark Taylor & Trip Ni<br>Waller Lansden Dortch & Davis, LLP<br>100 Congress Avenue, Suite 1800<br>Austin, Texas 78701-4042 |
| Texas Assocaites/AFCO<br>5600 N. River Rd., Ste, 400<br>Des Plaines, IL 60018-5187 | Texas Associates/AFCO<br>1120 Capital of Texas Hwy. S<br>Bldg 3<br>Austin, TX 78746-6464 | Texas Commission on Enviromental Quality<br>MC 172<br>PO Box 13087<br>Austin, TX 78711-3087 |
| Texas Comptroller of Public Accounts<br>Revenue Accounting Div- BK Section<br>P.O. Box 12548, MC-008<br>Austin, TX 78711-2548 | Texas Department of Transportation<br>Attn: Project Delivery Team<br>7901 N. IH 35<br>Austin, TX 78753-6602 | Texas Railroad Commission<br>Enforcement Division<br>Office of General Counsel<br>P.O. Box 12967<br>Austin, TX 78711-2967 |
| Tony Gonzalez<br>1344 Sayers Rd.<br>Bastrop, TX 78602-3638 | US Department of the Army<br>Fort Worth District, Corps of Engineers<br>Attn: Chief Regulatory Branch<br>PO Box 17300<br>Fort Worth, TX 76102-0300 | United States Trustee - AU12<br>United States Trustee<br>903 San Jacinto Blvd, Suite 230<br>Austin, TX 78701-2450 |
| Winthrop Couchot Golubow Hollander<br>Attn: Garrick Hollander<br>1301 Dove St., Ste. 500<br>Newport Beach, CA 92660-2467 | XS Ranch Municipal Utility District<br>c/o Ron Freeman<br>102 N. Railroad Ave.<br>Pflugerville, TX 78660-2767 | Eric Terry<br>Eric Terry Law, PLLC<br>3511 Broadway<br>San Antonio, TX 78209-6513 |
| Pamela M. Egan<br>Potomac Law Group PLLC<br>1905 7th Ave. W.<br>Seattle, WA 98119-2815 | | |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)Steiner & Sons

End of Label Matrix
Mailable recipients    48
Bypassed recipients     1
Total                  49