**Entered on Docket**
**January 16, 2020**
EDWARD J. EMMONS, CLERK
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA



Pamela M. Egan, SBN 224758
The Potomac Law Group, PLLC
1905 7th Avenue W
Seattle, WA 98119
Telephone: (415) 297-0132
Facsimile: (202) 318-7707
Email: pegan@potomaclaw.com
*Attorneys for XS Ranch Fund VI, LP, Reorganized Debtor*

**The following constitutes the order of the Court.**
**Signed: January 15, 2020**

_____
**Roger L. Efremsky**
**U.S. Bankruptcy Judge**

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re: | Case No. 16-31367 |
| XS Ranch Fund VI, L.P., | The Honorable Roger L. Efremsky |
| Reorganized Debtor. | Chapter 11 |
| | **ORDER GRANTING *EX PARTE* REQUEST FOR EXPEDITED CONSIDERATION OF JOINT MOTION TO TRANSFER VENUE PURSUANT TO FED. R. BANK. P. 1014(b)** |

The Court having considered the *Ex Parte Request for Expedited Consideration of Joint Motion to Transfer Venue Pursuant to Fed. R. Bank. P. 1014(b)* (the "Request for Expedited Consideration") filed by XS Ranch Fund VI, L.P., Crestline Direct Finance L.P., and Steiner & Sons, Ltd. on January 15, 2020 [ECF 609] and finding that cause exists to expedite consideration of the *Joint Motion to Transfer Venue Pursuant to Fed R. Bank. P. 1014(b)* (the "Venue Transfer Motion") filed by the Movants on January 15, 2020 [ECF 608], and further finding that the Notice attached to the Request for Expedited Consideration is sufficient and proper;

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that

1. The Request for Expedited Consideration is GRANTED.

2. The Venue Transfer Motion shall be heard on January 22, 2020, in the above-captioned Court at 2:00 p.m., Pacific Time (the "Hearing");

3. Objections to the Venue Transfer Motion may be submitted at the Hearing;

4. The Debtor is hereby ordered to serve the Notice, attached to the Request for Expedited Consideration as Exhibit B, within one business day of entry of this Order upon: (1) the United States Trustee's Office, Region 7, (ii) the United States Trustee's Office, Region 17, (iii) all creditors in the Texas Bankruptcy Case, (iv) the Debtor's equity holders, and (iv) all parties requesting notice in either the Texas Bankruptcy Case or the above-captioned bankruptcy case.

**END OF ORDER**

**COURT SERVICE LIST**

(None – Order Ex Parte)