# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# AUSTIN DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | CASE NO. 20-10032 |
| **XS RANCH FUND VI, L.P.** | § | |
| | § | |
| DEBTOR. | § | CHAPTER 11 |

## NOTICE OF ORDER SUSPENDING PROCEEDINGS IN THE ABOVE-CAPTIONED CASE

**PLEASE TAKE NOTICE** that a related case filed by the above-captioned debtor is pending in the U.S. Bankruptcy Court for the Northern District of California, Case No. 16-31367 (the "California Bankruptcy Case").

**PLEASE TAKE FURTHER NOTICE** that the Court in the California Bankruptcy Case has issued an Order staying (the "Stay") the proceedings in the above-captioned case. A copy of the foregoing *Order Suspending Proceedings in Related Case* is attached hereto as **Exhibit A**.

**PLEASE TAKE FURTHER NOTICE** that the foregoing Stay is pending determination of the Joint Motion to Change Venue that was filed on January 16, 2020 in the California Bankruptcy Case and which is set for hearing in the California Bankruptcy Case on January 22, 2022 at 2:00 p.m. A separate notice regarding the hearing in the California Bankruptcy Case is being served.

Dated: January 16, 2020
      San Antonio, Texas

*/s/ Eric Terry*
Eric Terry (TX Bar No. 00794729)
**ERIC TERRY LAW, PLLC**
3511 Broadway Street
San Antonio, Texas 78029
Telephone:   (210) 468-8274
Facsimile:    (210) 319-5447

*Proposed Counsel to the Debtor and Debtor in Possession*

**CERTIFICATE OF SERVICE**

      I hereby certify that a true and correct copy of the above and foregoing document was served via the Court's ECF system on January 16, 2020 and via U.S. First Class Mail, postage paid, and/or by email on or before January 17, 2020 to the parties on the attached creditor matrix and to all parties that have requested ECF notification in this matter.

      */s/ Eric Terry*
      Eric Terry