

Pamela M. Egan, SBN 224758
The Potomac Law Group, PLLC
1905 7th Avenue W
Seattle, WA 98119
Telephone: (415) 297-0132
Facsimile: (202) 318-7707
Email: pegan@potomaclaw.com
*Attorneys for XS Ranch Fund VI, LP, Reorganized Debtor*

The following constitutes the order of the Court.
Signed: January 23, 2020

_____
Roger L. Efremsky
U.S. Bankruptcy Judge

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re: | Case No. 16-31367 |
| XS Ranch Fund VI, L.P., | The Honorable Roger L. Efremsky |
| Reorganized Debtor. | Chapter 11 |
| | **ORDER GRANTING JOINT MOTION TO TRANSFER VENUE PURSUANT TO FED. R. BANK. P. 1014(b)** |

This matter came before the Court for hearing on January 22, 2020 at 2:00 p.m. upon the *Joint Motion to Transfer Venue Pursuant to Fed. R. Bank. P. 1014(b)* (the "Venue Transfer Motion") filed by XS Ranch Fund VI, L.P., Crestline Direct Finance L.P., and Steiner & Sons, Ltd. on January 15, 2020 [ECF 608]. Appearances were noted on the record. The Court has considered the arguments and filings of the parties. The Court finds that it is in the best interests of justice and for the convenience of the parties that the Texas Bankruptcy Case, as defined in the Venue Transfer Motion, be transferred to the U.S. Bankruptcy Court for the Northern District of California;

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that

1. The Venue Transfer Motion is GRANTED.

2. The Texas Bankruptcy Case shall be transferred to the United States Bankruptcy Court for the Northern District of California.

**END OF ORDER**

**COURT SERVICE LIST**

(Parties Who Are Not Receiving Electronic Notice)

| | | |
|---|---|---|
| Aqua Water Service Company<br>PO Drawer P<br>Bastrop, TX 78602-1989 | Aventine Development Services<br>Attn: Chad Hagle<br>19360 Rinaldi St., Ste. 730<br>Porter Ranch, CA 91326-1607 | Bastrop County Tax Assessor/Collector<br>PO Box 579<br>Bastrop, TX 78602-0579 |
| Bastrop County Tax Assessor/Collector<br>c/o Lee Gordon<br>PO Box 1269<br>Round Rock, TX 78680-1269 | Bluebonnet Electric Cooperative<br>690 Texas Hwy 71 W, Bldg. 1<br>Bastrop, TX 78602-3663 | City of Bastrop<br>Attn: City Manager<br>904 Main St.<br>PO Box 427<br>Bastrop, TX 78602-0427 |
| Clayton Williams Ranch Co.<br>Attn: Jeff Williams<br>PO Box 1668<br>Fort Stockton, TX 79735-1668 | Coast Range Investments, LLC<br>Attn: James Foster<br>818 Sayers Rd.<br>Bastrop, TX 78602-3652 | Coy Sunderman<br>139 Colovista Dr.<br>Bastrop, TX 78602-7400 |
| DF Capital Management<br>Attn: Rob Riva<br>14701 Phillips Hwy., Ste 300<br>Jacksonville, FL 32256-3742 | Federal Emergemecy Management Agency<br>FRC 800 North Loop 288<br>Denton, TX 76209-3698 | Internal Revenue Service<br>Centralized Insolvency Operations<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 |
| Jackson Walker LLP<br>Attn: James Alsup<br>100 Congress Ave., Ste. 1100<br>Austin, TX 78701-4042 | John Landwehr<br>219 Main St.<br>Smithville, TX 78957-1839 | Katherine T. Hopkins<br>Kelly Hart & Hallman LLP<br>201 Main Street Suite 2500<br>Fort Worth, TX 76102-3194 |
| Kelly Thevenot<br>326 McDonald Rd.<br>Cedar Creek, TX 78612-4001 | LIA Engineering, Inc.<br>7500 Rialto Rd., Bldg. 2 Ste. 100<br>Austin, TX 78735-8531 | Lower Colorado River Authority<br>Attn: Executive Manager, Water Services<br>PO Box 200<br>Austin, TX 78767 |
| Omar Jesus Alaniz<br>Baker Botts L.L.P.<br>2001 Ross Avenue<br>Suite 900<br>Dallas, TX 75201-2917 | PV Development Management<br>Attn: Mark Kehke & Jason Perrin<br>4343 Von Karman Ave., 3rd Fl.<br>Newport Beach, CA 92660-2099 | Pine Associates, LLC<br>4455E. Camelback Rd., Ste. 140<br>Phoenix, AZ 85018-2821 |

# Notice Recipients

District/Off: 0971−3  User: mburley  Date Created: 1/23/2020
Case: 16−31367  Form ID: pdfeoc  Total: 21

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

| ID | Name | Address |
|---|---|---|
| 14575453 | Bastrop County Tax Collector | PO Box 579, Bastrop, TX 78602 |
| 14614463 | Bastrop County, Texas | c/o Lee Gordon   P.O. Box 1269   Round Rock, Texas 78680 |
| 14575473 | Clayton Williams Ranch Co. | Atnn: Jeff Williams   PO Box 1668, Fort Stockton, TX 79735 |
| 14657387 | Coast Range Investments | 818 Sayers Road   Bastrop, TX 78602 |
| 14575517 | Internal Revenue Service | PO Box 7346, Philadelphia, PA 19101−7346 |
| 14575520 | Jackson Walker LLP | 100 Congress Ave, #1100   Austin, TX 78768 |
| 14591220 | Lower Colorado River Authority | P.O. Box 220   Austin, TX 78767−0220 |
| | Aqua Water Service Company | PO Drawer P   Bastrop, TX 78602−1989 |
| | Aventine Development Services | Attn: Chad Hagle   19360 Rinaldi St., Ste. 730   Porter Ranch, CA 91326−1607 |
| | Bluebonnet Electric Cooperative | 690 Texas Hwy 71 W, Bldg. 1   Bastrop, TX 78602−3663 |
| | City of Bastrop | Attn: City Manager   904 Main St.   PO Box 427   Bastrop, TX 78602−0427 |
| | Coy Sunderman | 139 Colovista Dr.   Bastrop, TX 78602−7400 |
| | DF Capital Management | Attn: Rob Riva   14701 Phillips Hwy., Ste 300   Jacksonville, FL 32256−3742 |
| | Federal Emergemcy Management Agency | FRC 800 North Loop 288   Denton, TX 76209−3698 |
| | John Landwehr | 219 Main St.   Smithville, TX 78957−1839 |
| | Katherine T. Hopkins | Kelly Hart & Hallman LLP   201 Main Street Suite 2500   Fort Worth, TX 76102−3194 |
| | Kelly Thevenot | 326 McDonald Rd.   Cedar Creek, TX 78612−4001 |
| | LIA Engineering, Inc. | 7500 Rialto Rd., Bldg. 2 Ste. 100   Austin, TX 78735−8531 |
| | Omar Jesus Alaniz | Baker Botts L.L.P.   2001 Ross Avenue Suite 900   Dallas, TX 75201−2917 |
| | PV Development Management | Attn: Mark Kehke & Jason Perrin   4343 Von Karman Ave., 3rd Fl.   Newport Beach, CA 92660−2099 |
| | Pine Associates, LLC | 4455E. Camelback Rd., Ste. 140   Phoenix, AZ 85018−2821 |

TOTAL: 21