**Blayne**

| | |
|---|---|
| From: | Rob |
| Sent: | Tuesday, January 28, 2020 6:45 PM |
| To: | Blayne |
| Cc: | Theresa, Chris |
| Subject: | Fwd: Transferred case 1:20-bk-10032 has been opened. |

Rob
U.S. Bankruptcy Court - Western District of Texas
210-278-5720 (office)

FILED
JAN 29 2020
U.S. BANKRUPTCY COURT
BY _____ DEPUTY

From: BKECF_CANB
Sent: Tuesday, January 28, 2020 6:29:03 PM
To: txwb_InterDistrictTransfer
Subject: Transferred case 1:20-bk-10032 has been opened.

DETAILS: Case transferred from Texas Western has been opened in California Northern Bankruptcy Court as case 20-40192, filed on 01/06/2020.

Edit the original case, 1:20-bk-10032, and save the following statistical case number in the "destination case number" field: 09714204019200t

1